# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| THE MAJESTIC STAR CASINO, LLC, et al.,[1] | ) Case No. 09-14136 (KG) |
| | ) |
| Debtors. | ) Jointly Administered |
| | ) |
| | ) **Related Docket Nos. 592 and 593** |

## NOTICE OF DISCLOSURE STATEMENT HEARING

TO: **ALL HOLDERS OF CLAIMS, HOLDERS OF EQUITY INTERESTS AND PARTIES IN INTEREST IN THE ABOVE-CAPTIONED CHAPTER 11 CASES**

**PLEASE TAKE NOTICE THAT** on September 17, 2010, the above-captioned debtors and debtors in possession (collectively, the "Debtors") filed the *Debtors' Joint Plan of Reorganization Pursuant to Chapter 11 of the Bankruptcy Code* (as may be amended from time to time and including all exhibits thereto, the "Plan") [Docket No. 592], and the *Disclosure Statement for the Joint Plan of Reorganization of The Majestic Star Casino, LLC and its Debtor Affiliates* (as may be amended from time to time and including all exhibits and supplements thereto, the "Disclosure Statement") [Docket No. 593].[2]

**PLEASE TAKE FURTHER NOTICE THAT** a hearing will held before the Honorable Kevin Gross, United States Bankruptcy Judge, on **October 26, 2010 at 9:00 a.m.** in the United States Bankruptcy Court for the District of Delaware, located at 824 North Market Street, Sixth Floor, Courtroom No. 3, Wilmington, Delaware 19801 (the "Disclosure Statement Hearing"), to consider the entry of an order approving, among other things, (I) the Disclosure Statement as containing "adequate information" pursuant to section 1125 of the Bankruptcy Code, and (II) procedures for soliciting, receiving, and tabulating votes on the Plan. Please be advised that the Disclosure Statement Hearing may be continued from time to time by the Court or the Debtors without further notice other than by such adjournment being announced in open court or by a notice of adjournment filed with the Court and served on the Notice Parties (as defined below) and parties who have filed objections to the Disclosure Statement.

---

[1] The debtors in these cases, along with the last four digits of each debtor's federal tax identification number, are: The Majestic Star Casino, LLC (4986); The Majestic Star Casino II, Inc. (0927); The Majestic Star Casino Capital Corp. (0872); Majestic Star Casino Capital Corp. II (9309); Barden Mississippi Gaming, LLC (8783); Barden Colorado Gaming, LLC (8674); Majestic Holdco, LLC (4648); and Majestic Star Holdco, Inc. (9415). The corporate address for the debtors is 301 Fremont Street, 12th Floor, Las Vegas, Nevada 89101.

[2] Capitalized terms used but not otherwise defined herein shall have the meanings set forth in the Plan.

**PLEASE TAKE FURTHER NOTICE THAT** you may obtain copies of the Disclosure Statement, the Plan, and related documents, by (i) calling the Debtors' restructuring hotline at (646) 282-2400; (ii) writing to: Epiq Bankruptcy Solutions LLC, Attn.: The Majestic Star Casino, LLC, 757 Third Avenue, 3rd Floor, New York, New York 10017; and/or (iii) visiting the Debtors' restructuring website at: http://dm.epiq11.com/msc. Parties may also obtain any documents filed in the Debtors' chapter 11 cases for a fee via PACER by accessing the Court's website at http://www.deb.uscourts.gov. Please note that a PACER password and login are needed to access documents on the Court's website.

**PLEASE TAKE FURTHER NOTICE THAT** objections, if any, to the adequacy of the Disclosure Statement or the relief sought in connection therewith must: (a) be made in writing, (b) state with particularity the grounds for such objection; (c) state the name and address of the objecting party; (d) conform to the Federal Rules of Bankruptcy Procedure and the Local Rules for the United States Bankruptcy Court for the District of Delaware; and (e) be filed, contemporaneously with a proof of service, with the Bankruptcy Court and served upon the following parties (the "Notice Parties") **so that they are actually received on or before October 19, 2010 at 4:00 p.m. (prevailing Eastern Time)**:

| Debtors | Counsel to the Debtors |
|---|---|
| The Majestic Star Casino, LLC<br>301 Fremont Street<br>Las Vegas, Nevada 89101<br>Attn: Cara Brown, Esq. | Kirkland & Ellis LLP<br>601 Lexington Avenue<br>New York, New York 10022<br>Attn: James H.M. Sprayregen, P.C.<br>Edward O. Sassower, Esq.<br>Stephen E. Hessler, Esq.<br><br>-and-<br><br>Pachulski Stang Ziehl & Jones LLP<br>919 North Market Street, 17th Floor<br>Wilmington, Delaware 19899-8705<br>Attn: Laura Davis Jones, Esq.<br>James E. O'Neill, Esq.<br>Timothy P. Cairns, Esq. |

2

K&E 17728910

| United States Trustee | Counsel to the Creditors' Committee |
|---|---|
| 844 King Street, Suite 2207<br>Lockbox #35<br>Wilmington, Delaware 19801<br>Attn: Richard Schepacarter, Esq. | Akin Gump Strauss Hauer & Feld LLP<br>One Bryant Park<br>New York, New York 10036<br>Attn: Michael S. Stamer, Esq.<br>Scott L. Alberino, Esq.<br>Joshua Y. Sturm, Esq.<br><br>-and-<br><br>Blank Rome LLP<br>1201 Market Street, Suite 800<br>Wilmington, Delaware 19801-4226<br>Attn: Bonnie Glantz Fatell, Esq.<br>David W. Carickhoff, Esq. |
| **Counsel to the Senior Secured Credit Facility Agent** | **Counsel to the Senior Secured Notes Trustee** |
| Paul, Hastings, Janofsky & Walker LLP<br>600 Peachtree Street, N.E., 24th Floor<br>Atlanta, Georgia 30308<br>Attn: Jesse H. Austin, III, Esq.<br>Cassie Coppage, Esq.<br><br>-and-<br><br>Duane Morris LLP<br>1100 North Market Street, Suite 1200<br>Wilmington, Delaware 19801<br>Attn: Richard W. Riley, Esq. | Latham & Watkins LLP<br>233 South Wacker Drive, Suite 5800<br>Chicago, Illinois 60606<br>Attn: Peter P. Knight, Esq.<br>James Ktsanes, Esq.<br><br>-and-<br><br>Reed Smith LLP<br>1201 Market Street, Suite 1500<br>Wilmington, Delaware 19801<br>Attn: Kurt Gwynne, Esq. |

**PLEASE TAKE FURTHER NOTICE** that if you fail to respond by **4:00 p.m. (prevailing Eastern Time) on October 19, 2010**, the Court may approve the Disclosure Statement as adequate without further notice of hearing.

Dated: September 21, 2010
Wilmington, Delaware

**PACHULSKI STANG ZIEHL & JONES LLP**

/s/ *James E O'Neill*
Laura Davis Jones (DE Bar No. 2436)
James E. O'Neill (DE Bar No. 4042)
Timothy P. Cairns (DE Bar No. 4228)
919 North Market Street, 17th Floor
Wilmington, Delaware 19899-8705
Telephone: (302) 652-4100
Facsimile: (302) 652-4400
E-mail: ljones@pszjlaw.com
joneill@pszjlaw.com
tcairns@pszjlaw.com

- and -

**KIRKLAND & ELLIS LLP**
James H.M. Sprayregen, P.C.
Edward O. Sassower, Esq.
Stephen E. Hessler, Esq.
601 Lexington Avenue
New York, NY 10022-4611
Telephone: (212) 446-4800
Facsimile: (212) 446-4900
E-Mail: james.sprayregen@kirkland.com
edward.sassower@kirkland.com
stephen.hessler@kirkland.com

Co-Counsel for the Debtors and Debtors in Possession