IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| THE MAJESTIC STAR CASINO, LLC, et al.,[1] | ) | Case No. 09-14136 (KG) |
| | ) | |
| Debtors. | ) | (Jointly Administered) |
| | ) | |
| | ) | |

**NOTICE OF AGENDA FOR MATTERS SCHEDULED
FOR HEARING ON SEPTEMBER 28, 2010 AT 10:00 A.M.**

**Any party participating telephonically must make arrangements through
CourtCall by telephone (866-582-6878) or facsimile (866-533-2946),
no later than 12:00 p.m., one (1) business day before the hearing.**

## CONTINUED PRETRIAL CONFERENCE:

1.  Motion of Debtors-Plaintiffs to Extend the Automatic Stay, or in the Alternative, for Injunctive Relief (Filed March 29, 2010; A-10-50841, Docket No. 3)

    **Related Documents:**

    (a) Debtors-Plaintiffs' Memorandum in Support of Motion to Extend the Automatic Stay, or in the Alternative, for Injunctive Relief (Filed March 29, 2010; A-10-50841, Docket No. 4)

    (b) Verified Complaint to Extend the Automatic Stay, or in the Alternative, for Injunctive Relief (Filed March 29, 2010; Docket No. 264, A-10-50841, Docket No. 1)

    (c) [signed] Order Shortening Notice Period for Hearing to Consider Motion to Extend the Automatic Stay, or in the Alternative for Injunctive Relief (Entered March 30, 2010; A-10-50841, Docket No. 7)

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, include: The Majestic Star Casino, LLC (4986); The Majestic Star Casino II, Inc. (0927); The Majestic Star Casino Capital Corp. (0872); Majestic Star Casino Capital Corp. II (9309); Barden Mississippi Gaming, LLC (8783); Barden Colorado Gaming, LLC (8674); Majestic Holdco, LLC (4648); and Majestic Star Holdco, Inc. (9415). The corporate address for the Debtors is 301 Fremont Street, 12th Floor, Las Vegas, Nevada 89101.

(d)     Amended Summons and Notice of Pretrial Conference (Filed March 30, 2010; A-10-50841, Docket No. 8)

(e)     Notice of Hearing on Motion of Debtors-Plaintiffs to Extend the Automatic Stay, or in the Alternative, for Injunctive Relief (Filed March 30, 2010; A-10-50841, Docket No. 9)

(f)     [signed] Order Approving Stipulation between the Debtors-Plaintiffs and Defendant, City of Gary, Indiana Extending the Response date and Hearing Date with Respect to the Motion of Debtors-Plaintiffs to Extend the Automatic Stay, or in the Alternative, for Injunctive Relief (Entered April 7, 2010; A-10-50841, Docket No. 14)

(g)     Notice of Hearing issued by the Court (Filed April 8, 2010; A-10-50841, Docket No. 15)

(h)     Notice of Change of Date and Time for Pretrial Conference (Filed May 25, 2010; A-10-50841, Docket No. 41)

**Objection Deadline:** April 21, 2010 (extended by agreement to one week prior to hearing where matter goes forward; currently November 22, 1010)

**Objections/Responses:**

(a)     Defendant City of Gary, Indiana's Memorandum in Opposition to Debtors-Plaintiffs' Motion to Extend the Automatic Stay, or in the Alternative, for Injunctive Relief (Filed April 21, 2010; A-10-50841, Docket No. 18)

(b)     Appendix to Defendant-City of Gary, Indiana's Memorandum in Opposition to Debtors-Plaintiffs' Motion to Extend the Automatic Stay, or, in the Alternative, for Injunctive Relief (Filed April 21, 2010; A-10-50841, Docket No. 19)

**Replies**:

(a)     Debtors-Plaintiffs' Reply in Further Support of Motion to Extend The Automatic Stay, Or In The Alternative, For Injunctive Relief (Filed April 26, 2010; A-10-50841, Docket No. 23)

(b)     Joinder in Support of Motion of Debtors-Plaintiffs to Extend the Automatic Stay, or in the Alternative, for Injunctive Relief and Debtors-Plaintiffs' Reply in Further Support Thereof (Filed April 26, 2010; A-10-50841, Docket No. 27)

Status:     This matter is continued to December 16, 2010 at 10:00 a.m.

## UNCONTESTED MATTERS (CERTIFICATIONS OF NO OBJECTION FILED):

2. Motion of Debtors for Entry of an Order (A) Approving Settlement Agreement with Michael Marks and (B) Authorizing Debtors to File Settlement Agreement under Seal (Filed September 10, 2010; Docket No. 575)

   **Related Documents:**

   (a) Debtors' Motion to Fix Hearing Date and Shorten Time to Object or Respond to Debtors' Motion for Entry of an Order (A) Approving Settlement Agreement with Michael Marks and (B) Authorizing Debtors to File Settlement Agreement under Seal (Filed September 10, 2010; Docket No. 576)

   (b) [signed] Order Granting Motion to Fix Hearing Date and Shorten Time to Object or Respond to Debtors' Motion for Entry of an Order (A) Approving Settlement Agreement with Michael Marks and (B) Authorizing Debtors to File Settlement Agreement under Seal (Entered September 13, 2010; Docket No. 580)

   (c) Notice of Hearing on Motion of Debtors for Entry of an Order (A) Approving Settlement Agreement with Michael Marks and (B) Authorizing Debtors to File Settlement Agreement under Seal (Filed September 103 2010; Docket 581)

   (d) Certification of No Objection (Filed September 23, 2010; Docket No. 602)

   **Objection Deadline:** September 21, 2010

   **Objections/Responses:** None to Date.

   **Status:** A Certification of No Objection has been filed with the Court.

3. Debtors' Application for an Order Authorizing the Retention of Deloitte Tax LLP as Tax Advisor *nunc pro tunc* to August 16, 2010 (Filed September 10, 2010; Docket No. 577)

   **Related Documents:**

   (a) Certification of No Objection (Filed September 23, 2010; Docket No. 603)

   **Objection Deadline:** September 21, 2010

   **Objections/Responses:** None to Date.

   **Status:** A Certification of No Objection has been filed with the Court.

**CONTESTED MATTERS:**

4. Debtors' Fourth Motion for Entry of an Order Extending Exclusivity (Filed September 14, 2010; Docket No. 586)

   **Objection Deadline:** September 21, 2010

   **Objections/Responses:**

   (a) Official Committee of Unsecured Creditors' (A) Motion to Terminate Exclusivity and (B) Objection to the Debtors' Fourth Motion for Entry of an Order Extending Exclusive Periods to File a Plan and Solicit Votes Thereon (Filed September 21, 2010; Docket No. 597) (Document located at Agenda No. 5)

   **Status:** This matter is going forward.

5. Official Committee of Unsecured Creditors' (A) Motion to Terminate Exclusivity and (B) Objection to the Debtors' Fourth Motion for Entry of an Order Extending Exclusive Periods to File a Plan and Solicit Votes Thereon (Filed September 21, 2010; Docket No. 597)

   **Related Documents:**

   (a) [signed] Order Granting the Motion of the Official Committee of Unsecured Creditors to Shorten Notice Period for the Official Committee of Unsecured Creditors' (A) Motion to Terminate Exclusivity and (B) Objection to the Debtors' Fourth Motion for Entry of an Order Extending Exclusive Periods to File a Plan and Solicit Votes Thereon (Entered September 22, 2010; Docket No. 599)

   **Objection Deadline:** September 27, 2010 at 12:00 Noon

   **Objections/Responses:** None to date.

   **Status:** This matter is going forward.

4

Dated: September 24, 2010

**PACHULSKI STANG ZIEHL & JONES LLP**

*/s/ James E. O'Neill*

Laura Davis Jones (DE Bar No. 2436)
James E. O'Neill (DE Bar No. 4042)
Timothy P. Cairns (DE Bar No. 4228)
919 North Market Street, 17th Floor
Wilmington, Delaware 19899-8705
Telephone: (302) 652-4100
Facsimile: (302) 652-4400
E-mail: ljones@pszjlaw.com
joneill@pszjlaw.com
tcairns@pszjlaw.com

- and -

**KIRKLAND & ELLIS LLP**
James H.M. Sprayregen, P.C.
Edward O. Sassower, Esq.
Stephen E. Hessler, Esq.
601 Lexington Avenue
New York, NY 10022-4611
Telephone: (212) 446-4800
Facsimile: (212) 446-4900
E-Mail: james.sprayregen@kirkland.com
edward.sassower@kirkland.com
stephen.hessler@kirkland.com

Counsel to the Debtors and Debtors in Possession

54432-001\DOCS_DE:163218.1