IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| THE MAJESTIC STAR CASINO, LLC, et al.,[1] | ) | Case No. 09-14136 (KG) |
| | ) | |
| Debtors. | ) | (Jointly Administered) |
| | ) | |

## NOTICE OF AGENDA FOR MATTERS SCHEDULED FOR HEARING ON NOVEMBER 30, 2010 AT 2:00 P.M.

**Any party participating telephonically must make arrangements through CourtCall by telephone (866-582-6878) or facsimile (866-533-2946), no later than 12:00 p.m., one (1) business day before the hearing.**

## CONTINUED MATTERS:

1. Disclosure Statement for the Joint Plan of Reorganization of The Majestic Star Casino, LLC and its Debtor Affiliates Pursuant to Chapter 11 of The Bankruptcy Code (Filed September 17, 2010; Docket No. 593)

    **Related Documents:**

    (a) Debtors' Joint Plan of Reorganization Pursuant to Chapter 11 of The Bankruptcy Code (Filed September 17, 2010; Docket No. 592)

    (b) Notice of Disclosure Statement Hearing (Filed September 21, 2010; Docket No. 596)

    (c) Notice of Adjournment and Rescheduling of Disclosure Statement Hearing (Filed October 14, 2010; Docket No. 655)

    **Objection Deadline**: November 10, 2010 at 4:00 p.m.

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, include: The Majestic Star Casino, LLC (4986); The Majestic Star Casino II, Inc. (0927); The Majestic Star Casino Capital Corp. (0872); Majestic Star Casino Capital Corp. II (9309); Barden Mississippi Gaming, LLC (8783); Barden Colorado Gaming, LLC (8674); Majestic Holdco, LLC (4648); and Majestic Star Holdco, Inc. (9415). The corporate address for the Debtors is 301 Fremont Street, 12th Floor, Las Vegas, Nevada 89101.

**Objections/Responses**:

(a) Limited Objection and Reservation of Rights of Lake County, Indiana Regarding Disclosure Statement for the Joint Plan of Reorganization of The Majestic Star Casino, LLC and its Debtor Affiliates Pursuant to Chapter 11 of The Bankruptcy Code (Filed October 19, 2010; Docket No. 662)

**Status**: This matter is continued to a date to be determined based on the availability of the Bankruptcy Court.

2. Debtors' Motion for Entry of an Order (I) Approving Debtors' Disclosure Statement, (II) Approving Solicitation and Voting Procedures, and (III) Establishing Confirmation Notice and Objection Procedures (Filed November 3, 2010; Docket No. 709)

**Objection Deadline**: November 10, 2010 at 4:00 p.m.

**Objections/Responses**: None to date.

**Status**: This matter is continued to a date to be determined based on the availability of the Bankruptcy Court.

## STATUS CONFERENCE:

3. Motion of Lake County, Indiana for Allowance of Claims and Determination of Real Property Assessment and Tax Liability Pursuant to Sections 502, 505(a) and 105(a) of the Bankruptcy Code (Filed November 9, 2010; Docket No. 719)

**Objection Deadline**: November 23, 2010 at 4:00 p.m.

**Objections/Responses**: None to date.

**Status**: This matter is going forward as a status conference only. The parties intend to submit a consensual scheduling order to the Bankruptcy Court under certification of counsel as soon as practicable.

## CONTESTED MATTERS:

4. Debtors' Fourth Motion for Entry of an Order Extending Exclusivity (Filed September 14, 2010; Docket No. 586)

**Objection Deadline**: September 21, 2010 at 4:00 p.m.

**Objections/Responses**:

(a) Official Committee of Unsecured Creditors' (A) Motion to Terminate Exclusivity and (B) Objection to the Debtors' Fourth Motion for Entry of an Order Extending Exclusive Periods to File a Plan and Solicit Votes Thereon (Filed September 21, 2010; Docket No. 597) (Document located at Agenda No. 5)

**Replies:**

(a) Reply and Objection to Official Committee of Unsecured Creditors' (A) Motion to Terminate Exclusivity and (B) Objection to the Debtors' Fourth Motion for Entry of An Order Extending Exclusive Periods to File a Plan and Solicit Votes Thereon (Filed September 24, 2010; Docket No. 605)

(b) Debtors' Omnibus (I) Reply to the Official Committee of Unsecured Creditors Objection to the Debtors Fourth Motion For Entry of an Order Extending Exclusive Periods to File a Plan and Solicit Votes Thereon, and (II) Objection to the Official Committee of Unsecured Creditors Motion to Terminate Exclusivity (Filed September 24, 2010; Docket No. 606)

**Status:** This matter is going forward after being continued from the November 17, 2010 hearing.

5. Official Committee of Unsecured Creditors' (A) Motion to Terminate Exclusivity and (B) Objection to the Debtors' Fourth Motion for Entry of an Order Extending Exclusive Periods to File a Plan and Solicit Votes Thereon (Filed September 21, 2010; Docket No. 597)

**Related Documents:**

(a) [signed] Order Granting the Motion of the Official Committee of Unsecured Creditors to Shorten Notice Period for the Official Committee of Unsecured Creditors' (A) Motion to Terminate Exclusivity and (B) Objection to the Debtors' Fourth Motion for Entry of an Order Extending Exclusive Periods to File a Plan and Solicit Votes Thereon (Entered September 22, 2010; Docket No. 599)

**Replies:**

(a) Reply and Objection to Official Committee of Unsecured Creditors' (A) Motion to Terminate Exclusivity and (B) Objection to the Debtors' Fourth Motion for Entry of An Order Extending Exclusive Periods to File a Plan and Solicit Votes Thereon (Filed September 24, 2010; Docket No. 605) [Document located at Agenda No. 4, Replies (a)]

(b) Debtors' Omnibus (I) Reply to the Official Committee of Unsecured Creditors Objection to the Debtors Fourth Motion For Entry of an Order Extending Exclusive Periods to File a Plan and Solicit Votes Thereon, and (II) Objection to the Official Committee of Unsecured Creditors Motion to Terminate Exclusivity (Filed September 24, 2010; Docket No. 606) [Document located at Agenda No. 4, Replies (b)]

**Objection Deadline:** September 27, 2010 at 12:00 Noon

Dated: November 24, 2010

PACHULSKI STANG ZIEHL & JONES LLP

*/s/ James E. O'Neill*

Laura Davis Jones (DE Bar No. 2436)
James E. O'Neill (DE Bar No. 4042)
Timothy P. Cairns (DE Bar No. 4228)
919 North Market Street, 17th Floor
Wilmington, Delaware 19899-8705
Telephone: (302) 652-4100
Facsimile: (302) 652-4400
E-mail: ljones@pszjlaw.com
joneill@pszjlaw.com
tcairns@pszjlaw.com

-- and --

KIRKLAND & ELLIS LLP
James H.M. Sprayregen, P.C.
Edward O. Sassower, Esq.
Stephen E. Hessler, Esq.
601 Lexington Avenue
New York, NY 10022-4611
Telephone: (212) 446-4800
Facsimile: (212) 446-4900
E-Mail: james.sprayregen@kirkland.com
edward.sassower@kirkland.com
stephen.hessler@kirkland.com

Counsel to the Debtors and Debtors in Possession

54432-001\DOCS_DE:165343.1