# UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF DELAWARE

# Minute Entry

## Hearing Information:

| | |
|---|---|
| **Debtor:** | The Majestic Star Casino, LLC |
| **Case Number:** | 09-14136-KG    **Chapter:** 11 |
| **Date / Time / Room:** | TUESDAY, NOVEMBER 30, 2010 02:00 PM   CRT#3, 6TH FL. |
| **Bankruptcy Judge:** | KEVIN GROSS |
| **Courtroom Clerk:** | SHERRY SCARUZZI |
| **Reporter / ECR:** | GINGER MACE |

## Matter:

OMNIBUS HEARING

**R / M #:**   754 / 0

## Appearances:

SEE ATTACHED COURT SIGN-IN-SHEET

## Proceedings:

HEARING HELD. AGENDA ITEMS:
#1 - #2 - Continued to date TBD
#3 -  Status Conference -  Parties are working on a Scheduling Order,
#4 -  ORDER SIGNED
#5 - ORDER SIGNED