IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| THE MAJESTIC STAR CASINO, LLC, et al.,[1] | ) | Case No. 09-14136 (KG) |
| | ) | |
| Debtors. | ) | (Jointly Administered) |
| | ) | |
| | ) | **Related Docket Nos. 850 & 855** |

## NOTICE OF <u>SECOND AMENDED</u> AGENDA FOR MATTERS SCHEDULED FOR HEARING ON JANUARY 13, 2011 AT 9:30 A.M.

**Any party participating telephonically must make arrangements through CourtCall by telephone (866-582-6878) or facsimile (866-533-2946), no later than 12:00 p.m., one (1) business day before the hearing.**

## HEARING CANCELED AT THE REQUEST OF THE COURT

### UNCONTESTED MATTERS:

1. Disclosure Statement for the Second Amended Joint Plan of Reorganization of The Majestic Star Casino, LLC and its Debtor Affiliates Pursuant to Chapter 11 of The Bankruptcy Code (Filed January 7, 2011; Docket No. 840) (the "Disclosure Statement")

   **Related Documents:**

   (a) Debtors' Joint Plan of Reorganization Pursuant to Chapter 11 of The Bankruptcy Code (Filed September 17, 2010; Docket No. 592)

   (b) Disclosure Statement for the Joint Plan of Reorganization of The Majestic Star Casino, LLC and its Debtor Affiliates Pursuant to Chapter 11 of The Bankruptcy Code (Filed September 17, 2010; Docket No. 593)

   (c) Notice of Disclosure Statement Hearing (Filed September 21, 2010; Docket No. 596)

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, include: The Majestic Star Casino, LLC (4986); The Majestic Star Casino II, Inc. (0927); The Majestic Star Casino Capital Corp. (0872); Majestic Star Casino Capital Corp. II (9309); Barden Mississippi Gaming, LLC (8783); Barden Colorado Gaming, LLC (8674); Majestic Holdco, LLC (4648); and Majestic Star Holdco, Inc. (9415). The corporate address for the Debtors is 301 Fremont Street, 12th Floor, Las Vegas, Nevada 89101.

(d) Notice of Adjournment and Rescheduling of Disclosure Statement Hearing (Filed October 14, 2010; Docket No. 655)

(e) Debtors' First Amended Proposed Joint Plan of Reorganization Pursuant to Chapter 11 of the Bankruptcy Code (Filed November 30, 2010; Docket No. 762)

(f) Disclosure Statement for the Debtors' First Amended Proposed Joint Plan of Reorganization Pursuant to Chapter 11 of the Bankruptcy Code (Filed November 30, 2010; Docket No. 763)

(g) Debtors' Second Amended Proposed Joint Plan of Reorganization Pursuant to Chapter 11 of the Bankruptcy Code (Filed January 7, 2011; Docket No. 839)

(h) Notice of Rescheduled Disclosure Statement Hearing (Filed January 7, 2011; Docket No. 841)

**Objection Deadline**: November 10, 2010

**Objections/Responses**:

(a) Limited Objection and Reservation of Rights of Lake County, Indiana Regarding Disclosure Statement for the Joint Plan of Reorganization of The Majestic Star Casino, LLC and its Debtor Affiliates Pursuant to Chapter 11 of The Bankruptcy Code (Filed October 19, 2010; Docket No. 662) (the "Limited Objection")

**Status**: The Debtors and Lake County have agreed that the Limited Objection will be treated as an objection to confirmation of the Debtors' proposed plan of reorganization and Lake County reserves all rights to supplement such objection. As a result, the Limited Objection is resolved as it relates to the Disclosure Statement. **An order approving the Disclosure Statement will be submitted under certification of counsel in connection with agenda item no. 2. The hearing is canceled.**

2. Debtors' Motion for Entry of an Order (I) Approving Debtors' Disclosure Statement, (II) Approving Solicitation and Voting Procedures, and (III) Establishing Confirmation Notice and Objection Procedures (Filed November 3, 2010; Docket No. 709)

   **Objection Deadline**: November 10, 2010

   **Objections/Responses**: None to date.

   **Status: No objections have been filed. An order will be submitted under certification of counsel The hearing is canceled.**

Dated: January 12, 2011

PACHULSKI STANG ZIEHL & JONES LLP

*/s/ James E. O'Neill*

Laura Davis Jones (DE Bar No. 2436)
James E. O'Neill (DE Bar No. 4042)
Timothy P. Cairns (DE Bar No. 4228)
919 North Market Street, 17th Floor
Wilmington, Delaware 19899-8705
Telephone:  (302) 652-4100
Facsimile:  (302) 652-4400
E-mail:  ljones@pszjlaw.com
  joneill@pszjlaw.com
  tcairns@pszjlaw.com

-- and --

KIRKLAND & ELLIS LLP
James H.M. Sprayregen, P.C.
Edward O. Sassower, Esq.
Stephen E. Hessler, Esq.
601 Lexington Avenue
New York, NY  10022-4611
Telephone:  (212) 446-4800
Facsimile:  (212) 446-4900
E-Mail:  james.sprayregen@kirkland.com
  edward.sassower@kirkland.com
  stephen.hessler@kirkland.com

Counsel to the Debtors and Debtors in Possession

54432-001\DOCS_DE:166846.1